No. 94–6173. GALAVIZ-MEDINA v. WOOTEN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–6183. PATON v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6195. MYERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–6211. FOWLIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6216. CARR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–6227. WHEATFALL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6238. FAHY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–6251. ENGLERT v. SMALL BUSINESS ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 94–6270. CAZES v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 94–6287. STREET v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–6305. BAIZA HERNANDEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6307. LACKEY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–6317. CERVANTES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6350. KELLY v. LAFACE RECORDS ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–6356. ROBERTS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–6397. LANCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.